[No. 8129–2–I.   Division One.   January 12, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. HOMER C. FRY, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 2762, Byron L. Swedberg, J., entered October 3, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 7957–3–I.   Division One.   January 12, 1981.]

CYRIL M. FROL, *Appellant,* v. ROSCOE C. BURR, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 858346, James J. Dore, J., entered August 10, 1979. *Reversed* and *remanded* by unpublished opinion per Durham, J., concurred in by James, C.J., and Callow, J.

[No. 7890–9–I.   Division One.   January 12, 1981.]

JEAN LeBEUF, *Individually and as Personal Repre- sentative, Appellant,* v. BILL HAY, INCORPORATED, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 846216, Frank D. Howard, J., entered August 15, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James, C.J., and Callow, J.